UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 0 4 2019

------------------------------------x
DECKERS OUTDOOR CORPORATION, *a Delaware Corporation*,

     Plaintiff,

-against-

THE RFA GROUP NYC, LLC, *a New York Limited Liability Company d/b/a The RFA Group, LLC*, and DOES, *1-10, inclusive*,

     Defendants.
------------------------------------x

ORDER

19 Civ. 4725 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's request for an adjournment of the initial conference, (ECF No. 16), is GRANTED. The initial conference is adjourned from December 11, 2019 to December 12, 2019 at 9:30 am.

Dated: New York, New York
   December 4, 2019

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge