**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 5 2020

------------------------------------------- x

DECKERS OUTDOOR CORPORATION, *a*
*Delaware Corporation,*

                 Plaintiff,

    -against-


THE RFA GROUP NYC, LLC, *a New York*
*Limited Liability Company d/b/a The RFA Group,*
*LLC*, and DOES, *1-10, inclusive,*

             Defendants.

------------------------------------------- x

        ORDER

    19 Civ. 4725 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Plaintiff's request for an adjournment of the status conference and for a sixty-day extension of time to file the joint pretrial order, (ECF No. 18), is GRANTED. The status conference is adjourned from March 11, 2020 to May 6, 2020 at 9:45 am. The joint pretrial order is due by May 3, 2020.


Dated: New York, New York
      March 4, 2020

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge