UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

DECKERS OUTDOOR CORPORATION,

                                Plaintiff,

     -against-

THE RFA GROUP NYC, LLC et al.,

                              Defendants.

------------------------------------------------------------------ x

<u>ORDER</u>

19 Civ. 4725 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for November 4, 2020 at 9:45 am is canceled.

Dated: New York, New York
       October 29, 2020

                                                  SO ORDERED.

                                                  *George B. Daniels*
                                                  GEORGE B. DANIELS
                                                  United States District Judge