

1334 PARKVIEW AVENUE, SUITE 280 MANHATTAN BEACH, CA 90266
WWW.BLAKELYLAWGROUP.COM T_323-464-7400  F_323-464-7410

E-mail Bblakely@blakelylawgroup.com

October 28, 2020

**VIA ECF**
Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 11A
New York, New York 10007-1312

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: NOV 04 2020

Re:   *Deckers Outdoor Corporation v. The RFA Group NYC, LLC;*
      Case No. 1:19-cv-04725-GBD

Dear Judge Daniels:

For the above-refenced matter, Plaintiff's Application for Default Judgment was inadvertently filed twice. Plaintiff would like to withdraw the recent filing Docket No. 23 and have the Court rule on the originally filed Application for Default Judgment, Docket No. 22.

My sincerest apologies for any inconvenience.

Regards,

/s/ Brent H. Blakely

Brent H. Blakely
BLAKELY LAW GROUP
*Attorneys for Plaintiff*
***Deckers Outdoor Corporation***