UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　-vs-<br><br>THE RFA GROUP NYC, LLC, a New York Limited Liability Company dba THE RFA GROUP, LLC; and DOES 1-10, inclusive,<br><br>　　　　　　　　　　　Defendant. | Civil Action No. 19-cv-04725<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT |

After consideration of Plaintiff's Application for Default Judgment, the Memorandum of Points and Authorities in support thereof, the Declaration of Brent H. Blakely, and the pleadings, files and records of this matter, the Court hereby GRANTS Plaintiff's Application for Default Judgment against Defendant RFA Group NYC, LLC dba The RFA Group, LLC ("Defendant").

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant, its officers, agents, servants and employees and any persons in active concert or participation with them are permanently restrained and enjoined from infringing upon Plaintiff's Bailey Button Trade Dress and U.S. Patent No. D599,999 (" '999 Patent"), either directly or contributorily in any manner, including:

(a)　Manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, and/or selling the Infringing Products (shown below) and/or products which infringe upon the Bailey Button Trade Dress and/or '999 Patent;



***Defendant's Infringing Product***

(b) Committing any other act which falsely represents or which has the effect of falsely representing that the good and services of Defendant are licensed by authorized by, offered by, produced by, sponsored by, or in any way associated with Plaintiff;

(d) Knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) through (b) above.

**IT IS SO ORDERED.**

Dated: NOV 0 4 2020, 2020

Honorable George B. Daniels
United States District Judge